IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BYRON W. MARTZ, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-15-3284 |
| DAY DEVELOPMENT COMPANY et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

On January 19, 2023, this Court referred this case to United States Magistrate Judge Matthew J. Maddox to address Plaintiff's Motion for Attorneys' Fees. (ECF Nos. 147, 148.) Judge Maddox issued his Report and Recommendation on March 3, 2023. (ECF No. 149.) The deadline for objections, March 17, 2023, has passed, and no objections have been filed. The Court has reviewed Judge Maddox's Report and Recommendation pursuant to Federal Rule of Civil Procedure 72(b), and concludes that it is not clearly erroneous.[1] Accordingly, it is ORDERED that:

1. The Report and Recommendation (ECF No. 149) is ADOPTED IN FULL as an Order of this Court;

2. Plaintiff is awarded the following amounts:

   a. $786,565.13 consisting of: $344,070.25 in attorneys' fees for the services of counsel at Miles & Stockbridge, P.C.; $391,449.25 in attorneys' fees for the services of counsel at Powell Flynn, LLP; $47,367.00 in fees for the services of expert witnesses; and $3,678.63 in other litigation expenses; and

---

[1] "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

1

    b. $19,937.15 pursuant to Plaintiff's Bill of Costs, consisting of $202.20 in filing fees of the Clerk; $12,420.44 in fees of court reporters for deposition and trial transcripts; $521.96 in witness attendance fees and travel costs; $6,772.55 in costs of copying materials necessarily obtained for use in the case; and $20 in docket fees; and

3. The Clerk is DIRECTED to CLOSE this case.

DATED this 20 day of March, 2023.

BY THE COURT:

James K. Bredar
Chief Judge